# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SCM PROPERTY

VERSUS

CATINA HAYMAN AND ALL
OCCUPANTS

NO.   2023 CW 0194

**MARCH 7, 2023**

---

In Re:   Catina Hayman, applying for supervisory writs, Baton
Rouge City Court, Parish of East Baton Rouge, No.
2300012.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

**STAY LIFTED; WRIT DENIED.**

**MRT**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT